AO 91 (Rev. 11/11) Criminal Complaint

~~UNDER SEAL~~

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ZIA ZAFAR | ) | 1:17-mj-11 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

JAN 9 2017

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2017, _____ in the county of _____ Not Applicable _____ in the
_____ Not Applicable _____ District of _____ Not Applicable _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1116(a) | Attempted Murder of an Internationally Protected Person |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David J. DiMarco, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan.9,2017

_____ /s/ _____
John F. Anderson
~~United States Magistrate Judge~~
*Judge's signature*

City and state: _____ Alexandria, Virginia _____

The Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*